UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD LOMAS, | ) | No. CV 10-3813 DDP (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| J. HARTLEY, Warden, | ) ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 30, 2011

_____
DEAN D. PREGERSON
United States District Judge