UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD LOMAS, | ) | No. CV 10-3813 DDP (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J. HARTLEY, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge to Vacate Judgment and Reopen Case. Neither petitioner nor respondent has filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment is vacated and the case is reopened as of the date of this order.

Petitioner may file objections to the May 19, 2011 Report and Recommendation of United States Magistrate Judge within 20 days of the date of this order.

DATED: June 20, 2014

_____
DEAN D. PREGERSON
United States District Judge