1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10  RICHARD LOMAS,                        )   No. CV 10-3813 DDP (FFM)
                                          )
11                Petitioner,             )   ORDER ADOPTING FINDINGS,
                                          )   CONCLUSIONS AND
12        v.                              )   RECOMMENDATIONS OF
                                          )   UNITED STATES MAGISTRATE JUDGE
13  J. HARTLEY, Warden,                   )
                                          )
14                Respondent.             )
    _____      )
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17  and files herein, and the Report and Recommendation of the United States Magistrate

18  Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19  with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

20        IT THEREFORE IS ORDERED that Judgment be entered dismissing this action

21  on the merits with prejudice.

22

23  DATED:  September 15, 2014

24

25                                        _____

26                                               DEAN D. PREGERSON
                                              United States District Judge
27

28